# PARONICH LAW, P.C.

------------------------------

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

**<u>Via Facsimile to (267) 299-7368</u>**

February 1, 2022

Hon. John M. Younge
U.S. Courthouse, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

       Re:     *Perrong v. Life Corporation*, Civil Action No. 21-cv-2188, Joint Motion to
                 <u>Extend Certain Deadlines</u>

Judge Younge:

     The parties are writing on this matter to request an extension of time pursuant to this Court's Policies and Procedures: General Matters Civil Cases, and Criminal Cases (available at: https://www.paed.uscourts.gov/documents/procedures/youpol.pdf).

     In this putative class action alleging violations of the Telephone Consumer Protection Act, the Court entered a Scheduling Order on October 7, 2021 (ECF No. 15). The parties have been engaged in discovery since that date, including exchanging discovery responses and multiple document productions. The parties have also conferred and reached agreement about the format for electronic productions and ESI. Furthermore, the parties have also been engaged in meet and confer efforts and the Plaintiff has a pending motion to compel (ECF No. 22).

     To allow for discovery to be completed following decisions regarding these motions, the parties propose the following schedule:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery | February 4, 2022 | May 5, 2022 |
| Expert Discovery | March 18, 2022 | June 16, 2022 |
| Motions for Summary Judgment, Class Certification and Daubert Motions | April 8, 2022 | July 7, 2022 |
| Final Pretrial Conference | August 16, 2022 at 10:00 AM | November 14, 2022 at 10:00 AM |

Hon. John M. Younge

Re:    *Perrong v. Life Corporation*, Civil Action No. 21-cv-2188, Joint Motion to
Extend Certain Deadlines

February 1, 2022
P a g e | **2**

      The parties have agreed to an extension of time for Defendant's response to Plaintiff's Motion to Compel (ECF No. 22) by one week, through Friday, February 11, 2022. All other current deadlines would stay the same. Please contact our office if there are any questions.

Sincerely,

Dated: February 1, 2020

 s/ Anthony I. Paronich
G. Clinton Kelley
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5599
E-mail: gckesq@gmail.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

Dated: February 1, 2020

 s/ Ezra D. Church
Ezra D. Church, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
ezra.church@morganlewis.com

*Counsel for Defendant*