# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PERRONG, | : | |
| **Plaintiff,** | : | 21-cv-2188-JMY |
| | : | |
| v. | : | |
| | : | |
| LIFE CORPORATION | : | |
| **Defendant,** | : | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 2nd day of February, 2022, upon consideration of the Unopposed Letter forwarded to Chambers in which Counsel requested an extension for all deadlines, it is hereby ORDERED that all deadlines in the original Scheduling Order (ECF No. 15) shall be extended by ninety (90) days.

The final pretrial conference currently scheduled for **Tuesday, August 16, 2022** will be CANCELED and RESCHEDULED to occur on **Wednesday, November 16, 2022 at 10:00 a.m.**

By the Court:

/s/ ***John Milton Younge***
Judge John Milton Younge