\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 28, 2022 at 4:02:06 PM EDT | 15083188100 | 88 | 2 | Received |

7/28/2022 15:00:35 CDT　　To: 12672997368　　Page: 1/2　　From: Paronich Law, P.C.　　Fax: 5083188100

# PARONICH LAW, P.C.

---

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

**Via Facsimile to (267) 299-7368**

July 27, 2022

Hon. John M. Younge
U.S. Courthouse, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

　　Re:　*Perrong v. Life Corporation*, Civil Action No. 21-cv-2188, Joint Motion to Extend Certain Deadlines

Judge Younge:

　　The parties are writing on this matter to request an extension of time pursuant to this Court's Policies and Procedures: General Matters Civil Cases, and Criminal Cases (available at: https://www.paed.uscourts.gov/documents/procedures/youpol.pdf).

　　In this putative class action alleging violations of the Telephone Consumer Protection Act, the Court entered an Amended Scheduling Order on May 2, 2022 (ECF No. 30). The parties have been actively engaging in discovery since that date, including exchanging discovery responses and multiple document productions. The parties are also in the process of scheduling depositions and have fully briefed two pending motions to compel. (ECF Nos. 22, 28). These motions will significantly impact the contours of the remaining discovery issues in the case.

　　To allow for discovery to be completed following decisions regarding these motions, the parties propose the following schedule—which involves a four-month extension of the existing deadlines:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Fact Discovery | August 2, 2022 | December 1, 2022 |
| Expert Discovery | September 13, 2022 | January 12, 2023 |
| Motions for Summary Judgment, Class Certification and Daubert Motions | October 13, 2022 | February 2, 2023 |
| Final Pretrial Conference | February 15, 2023 at 10:00 AM | June 15, 2023 at 10:00 AM |

Hon. John M. Younge

  Re: *Perrong v. Life Corporation*, Civil Action No. 21-cv-2188, Joint Motion to Extend Certain Deadlines

April 29, 2022
P a g e | **2**

  Please contact our offices if there are any questions.

Sincerely,

Dated: July 27, 2022

 s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

G. Clinton Kelley
304 Ross Street, 7th Floor
Pittsburgh, PA 15219
Telephone: (412) 454-5599
E-mail: gckesq@gmail.com

*Counsel for Plaintiff*

Dated: July 27, 2022

 s/ Ezra D. Church
Ezra D. Church, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
ezra.church@morganlewis.com

*Counsel for Defendant*