UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG**, | : |
| *Plaintiff* | : Case No. 21-cv-02188-JMY |
| v. | : |
| **LIFE CORPORATION,** | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this 2nd day of August, 2022 upon consideration of Defendant Life Corporation's Motion to Compel (ECF No. 28), and any response thereto, it is hereby ordered that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff shall provide complete responses to Defendant's First Set of Requests for Production 4, 17, 19, and 20 within **10 business days** of this order or risk sanctions.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
**Judge John Milton Younge**