UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW PERRONG,** | : |
| *Plaintiff* | : Case No. 21-cv-02188-JMY |
| v. | : |
| **LIFE CORPORATION,** | : |
| *Defendants* | : |

## ORDER

**AND NOW**, this 2nd day of August, 2022 upon consideration of Plaintiff's Motion to Compel (ECF No. 22), and any response thereto, it is hereby ordered that the Motion is **DENIED.**[1]

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
**Judge John Milton Younge**

---

[1] This Court finds that Defendant has demonstrated that the requested documents do not come within the broad scope of relevance defined by Fed. R. Civ. P. 26(b)(1) and that Plaintiff's requests amount to a burdensome and speculative fishing expedition such that the potential harm occasioned by discovery outweigh the ordinary presumption in favor of broad disclosure. Therefore, the Court denies Plaintiff's Motion to Compel.