**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE CORPORATION<br><br>  Defendant. | Case No. 21-cv-2188 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own fees and costs.


Dated: August 29, 2022


 *s/ Anthony I. Paronich*  
Anthony I. Paronich  
Paronich Law, P.C.  
350 Lincoln Street, Suite 2400  
Hingham, MA 02043  
(508) 221-1510  
anthony@paronichlaw.com  

G. Clinton Kelley  
304 Ross Street, 7th Floor  
Pittsburgh, PA 15219  
Telephone: (412) 454-5599  
E-mail: gckesq@gmail.com  

*Counsel for Plaintiff*

*/s/ Ezra Dodd Church*  
Ezra Dodd Church  
Morgan, Lewis & Bockius LLP  
1701 Market Street  
Philadelphia, PA 19103-2921  
(215) 963-5710 (telephone)  
(215) 963-5001 (facsimile)  
ezra.church@morganlewis.com  

*Counsel for Defendant*

2

**CERTIFICATE OF SERVICE**

On August 29, 2022 the undersigned filed the foregoing on the Court's CM/ECF system.

*s/ Anthony Paronich*
Anthony Paronich